AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Bruce Eugene Kenney<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  1:20cr44-1<br><br>Case: 1:23-mj-00145<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 6/23/2023<br>Description: Arrest Rule (5) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Bruce Eugene Kenney                                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:


Date:  6/2/23

                                                                                    *David A. O'Toole*
                                                                                    *Issuing officer's signature*

City and state:  Beaumont, TX                           David A. O'Toole, Clerk of Court
                                                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 6/06/2023, and the person was arrested on *(date)* 6/23/2023
at *(city and state)* Washington DC.

Date: 6/23/2023
                                                                                    *Arresting officer's signature*

                                                                                    Alex Adkins   DUSM
                                                                                    *Printed name and title*